

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

§          No. 08-22-00082-CR

IN RE: SHELBY LYNN GARCIA,

§          AN ORIGINAL PROCEEDING

Relator.

§          IN MANDAMUS

§

**O P I N I O N**

Relator Shelby Lynn Garcia filed a mandamus petition against the 120th District Court, alleging that the trial court had refused to enter an order on her motion to recuse as required by Texas Rule of Civil Procedure 18a. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding). The burden is on relator to show she is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding). After reviewing the mandamus petition and record, we conclude that Relator has failed to show that she is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

June 8, 2022

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)